K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile:  (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TOM LICOURIS, et al.,<br><br>　　　　Defendants. | No:  1:11-CV-01801-LJO-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendants Tom Licouris, Lynne A. Licouris and Bertha Gaona dba El Taco Rapido ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendants Tom Licouris, Lynne A. Licouris and Bertha Gaona dba El Taco Rapido be dismissed with prejudice from this action.

　　　　IT IS FURTHER STIPULATED between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

///

| | |
|---|---|
| Date: February 9, 2012 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore |
| | Tanya E. Moore |
| | Attorney for Plaintiff Natividad Gutierrez |
| Date: February 9, 2012 | HELON & MANFREDO LLP |
| | /s/ Donald R. Forbes |
| | Donald R. Forbes |
| | Attorneys for Defendants Tom Licouris, Lynne A. Licouris and Bertha Gaona dba El Taco Rapido |

## **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1.   Plaintiff Natividad Gutierrez and Defendants Tom Licouris, Lynne A. Licouris and Bertha Gaona dba El Taco Rapido shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2.   By consent of Plaintiff Natividad Gutierrez and Defendants Tom Licouris, Lynne A. Licouris and Bertha Gaona dba El Taco Rapido, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3.   Except as provided for in paragraphs 1 and 2 above, Tom Licouris, Lynne A. Licouris and Bertha Gaona dba El Taco Rapido are dismissed with prejudice from this action.

/ / /

/ / /

/ / /

/ / /

/ / /

1     The clerk is directed to close this action.

5   IT IS SO ORDERED.

6     Dated:   **February 9, 2012**          **/s/ Lawrence J. O'Neill**
7                                                 UNITED STATES DISTRICT JUDGE